**2016–1153.   State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.**
In Mandamus. Sua sponte, alternative writ granted and briefing schedule set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05.

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

On respondents' motion to dismiss. Motion denied. On relators' motion for order lifting mediation stay. Motion denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, and FISCHER, JJ., concur.

FRENCH and DEWINE, JJ., not participating.

**2016–1362.   Sims v. Pinkney.**
In Habeas Corpus. On petition for writ of habeas corpus of Antrown T. Sims. Sua sponte, cause dismissed without prejudice.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1414.   Melhado v. Wainwright.**
In Habeas Corpus. On petition for writ of habeas corpus of Clive Melhado. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1526.   In re Boylen v. Marquis.**
In Habeas Corpus. On petition for writ of habeas corpus of Adam Boylen. Sua sponte, cause dismissed.

On petitioner's motion for peremptory writ ordering the immediate release and discharge of petitioner from confinement and imprisonment. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1661.   State ex rel. Black v. Harsha.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1717.   State ex rel. Griffin v. Myers.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1723.   State ex rel. Russell v. Klatt.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, FISCHER, and DEWINE, JJ., concur.

FRENCH, J., not participating.

**2016–1745.   State ex rel. Haddix v. Forchione.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.